# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 87 WM 2019
:
Respondent :
:
:
:
v. :
:
:
:
RAHMAEL SAL HOLT, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2019, the Application for Extraordinary Relief Pursuant to King's Bench Jurisdiction is DENIED.